IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JULIO GUERRERO-SANTANA, a/k/a Julio Guillén-Villa<br>Defendant | CRIMINAL 11-0343CCC |

**ORDER**

Having considered the Report and Recommendation filed on January 17, 2012 (**docket entry 23**) on a Rule 11 proceeding of defendant Julio Guerrero-Santana held before U.S. Magistrate Judge Bruce J. McGiverin on January 13, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Guerrero-Santana is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 13, 2012. The **sentencing hearing is set for April 12, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge